UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HAROLD THOMPSON AND
CLINTON THOMPSON,

                    Plaintiffs,

    v.

DETECTIVE JASON HERNANDEZ, ET AL

                    Defendants.
-----------------------------------------------------------------X

JUDGMENT

16-cv-1667 (FB)(RER)

A Memorandum and Order of the Honorable Frederic Block, United States District Judge, having been filed on March 5, 2020, granting the motion for summary judgment; it is

ORDERED and ADJUDGED that the motion for summary judgment is granted.

Dated: Brooklyn, New York
       March 6, 2020

Douglas C. Palmer
Clerk of Court

By:   /s/Jalitza Poveda
       Deputy Clerk

